# LIST OF DECISIONS—NO OPINIONS.

(New York Common Pleas—General Term, January, 1893.)

BOOKSTAVER, P. J., BISCHOFF and PRYOR, JJ.

American Artistic Gold Stamping Co. *v.* The Glens Falls Ins. Co. Thos. Brennan, for plaintiff. Thos. M. Wyatt, for defendant. Motion for leave to appeal to the Court of Appeals. Motion denied, with ten dollars costs.

The People of the State of New York *v.* John Carroll and Wm. Corrigan. De Lancey Nicoll, for plaintiff. Jas. A. O'Gorman, for defendant. Motion to vacate judgment entered on a forfeited recognizance. Motion granted.

The People of the State of New York *v.* Gussie Brown and David Manus. De Lancey Nicoll, for plaintiff. F. J. Worcester, for defendant. Motion to vacate judgment entered on a forfeited recognizance. Motion granted.

In the Matter of the Application of the American Surety Co. Alexander & Green, for petitioner. Application of the American Surety Company of New York, for a rule or order respecting the approval of bonds and undertakings guaranteed or executed by said company and for a modification of the order of the General Term of this court of May 2, 1892. Application granted.

The People of the State of New York *v.* James Hassan and Joseph Finnerty. Louis Hannemann, for plaintiff. Joseph H. Steiner, for defendant. Motion to discharge judgment entered on a forfeited recognizance. The defects noted at the November General Term having been supplied on this application, and as it now appears that the people have suffered no damage, the application will be granted.

William Riley and another *v.* Alexander G. Black. Samuel E. Duffey, for plaintiff. Bartlett, Wilson & Wilson, for defendant. Motion for leave to appeal to the Court of Appeals. Motion denied, with ten dollars costs.